IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: ) IN CHAPTER 7

**FORREST D. LAIDLEY,** ) No. 04 B 40186

Debtor(s). )

## DEBTOR-IN-POSSESSION FINAL REPORT

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
BANKRUPTCY JUDGE

Now comes **FORREST D. LAIDLEY,** Debtor herein, by and through his Attorneys, COHEN & KROL, and submits the following Debtor-in-Possession Final Report:

1. That the above-named Debtor filed his voluntary petition seeking relief pursuant to Chapter 11 of the Bankruptcy Code on October 28, 2004.

2. That the pending Chapter 11 proceeding was converted to a Chapter 7 liquidation proceeding on December 16, 2004.

3. That to the best of the Debtor's knowledge, he has not incurred any additional debt during the pendency of the Chapter 11 proceeding that remains unpaid.

4. That the Debtor did not acquire or dispose of any property during the pendency of the Chapter 11 proceedings.

Respectfully submitted,

**FORREST D. LAIDLEY,** Debtor

BY: _/s/ Forrest D. Laidley_

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300