# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LAIDLEY, FORREST D. | § Case No. 04-40186 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 28, 2004. The undersigned trustee was appointed on December 21, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $    177,734.27

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 21,971.40 |
| Payments to creditors | 141,272.03 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $  14,490.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 05/02/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009)

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,000.00, for a total compensation of $10,000.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $436.83 and now requests reimbursement for expenses of $0.00, for total expenses of $436.83.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2010          By:/s/JOHN E. GIERUM
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 04-40186
Case Name: LAIDLEY, FORREST D.

Period Ending: 03/22/10

Trustee: (520171) JOHN E. GIERUM
Filed (f) or Converted (c): 12/21/04 (c)
§341(a) Meeting Date: 01/20/05
Claims Bar Date: 05/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate homestead (s)<br>asset listed at 50% of total value as debtor has a 1/2 interest | 362,500.00 | 0.00 | | 175,227.19 | FA |
| 2 | Wisconsin real estate (s) | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash (s) | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Pictures and art (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sports equipment (s) | 200.00 | 135.00 | DA | 0.00 | FA |
| 9 | Forrest Properties, Inc. (s) | Unknown | Unknown | | 0.00 | FA |
| 10 | Prairie City Bakery (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Forrest Development (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Vasco Data (s) | Unknown | Unknown | | 0.00 | FA |
| 13 | GMC Yukon (s) | 22,000.00 | 6,800.00 | | 0.00 | FA |
| 14 | Home computer (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Office equipment (s) | 500.00 | 15.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,507.08 | Unknown |
| 16 | Assets Totals (Excluding unknown values) | $1,187,050.00 | $6,950.00 | | $177,734.27 | $0.00 |

Major Activities Affecting Case Closing:

all adversaries over, debtor indicted( no evidence of other assets) tax work being completed

Initial Projected Date Of Final Report (TFR): December 31, 2006       Current Projected Date Of Final Report (TFR): December 31, 2010

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7467129 | | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 03/22/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/21/05 | {1} | T. Kendall Hunt and B. J. Hunt | earnest money | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.75 | | 20,001.75 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 6.93 | | 20,008.68 |
| 08/19/05 | | Chase Bank | backup withholding | 2990-000 | | 2.43 | 20,006.25 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 7.65 | | 20,013.90 |
| 08/31/05 | | Chase Bank | backup withholding | 2990-000 | | 2.14 | 20,011.76 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 7.87 | | 20,019.63 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 8.70 | | 20,028.33 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.06 | | 20,037.39 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.02 | | 20,047.41 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.29 | | 20,058.70 |
| 02/10/06 | {1} | Chicago Title Insurance Company | SALE PROCEEDS | 1110-000 | 140,227.19 | | 160,285.89 |
| 02/10/06 | {1} | Chicago Title Insurance Company | SALE PROCEEDS | 1110-000 | 15,000.00 | | 175,285.89 |
| 02/10/06 | | To Account #********0466 | TRANSFER OF FUNDS | 9999-000 | | 20,000.00 | 155,285.89 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 48.15 | | 155,334.04 |
| 03/09/06 | | To Account #********0466 | Bond Reimbursement | 9999-000 | | 15.33 | 155,318.71 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 92.37 | | 155,411.08 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.39 | | 155,509.47 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 105.70 | | 155,615.17 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 102.35 | | 155,717.52 |
| 07/26/06 | | To Account #********0466 | TRUSTEE'S ATTORNEYS' FEES | 9999-000 | | 1,530.00 | 154,187.52 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 105.64 | | 154,293.16 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 104.87 | | 154,398.03 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.12 | | 154,496.15 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 108.32 | | 154,604.47 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 101.62 | | 154,706.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.29 | | 154,804.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 103.23 | | 154,907.61 |
| 02/16/07 | | To Account #********0466 | Bond Reimbursement | 9999-000 | | 140.92 | 154,766.69 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 77.18 | | 154,843.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 82.68 | | 154,926.55 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.48 | | 155,012.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.53 | | 155,097.56 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 80.06 | | 155,177.62 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 88.38 | | 155,266.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.67 | | 155,351.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 77.42 | | 155,429.09 |

Subtotals: $177,119.91   $21,690.82

{} Asset reference(s)

Printed: 03/22/2010 03:14 PM   V.11.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 04-40186  
Case Name: LAIDLEY, FORREST D.  

Taxpayer ID #: 13-7467129  
Period Ending: 03/22/10  

Trustee: JOHN E. GIERUM (520171)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****04-65 - Money Market Account  
Blanket Bond: $70,912,000.00  (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 91.29 | | 155,520.38 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 80.91 | | 155,601.29 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 79.25 | | 155,680.54 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 71.18 | | 155,751.72 |
| 02/05/08 | | To Account #*********0466 | BOND REIMBURSEMENT | 9999-000 | | 133.72 | 155,618.00 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 31.93 | | 155,649.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 28.91 | | 155,678.84 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 21.71 | | 155,700.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.49 | | 155,720.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.79 | | 155,739.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.79 | | 155,759.62 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 155,778.13 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 20.43 | | 155,798.56 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.99 | | 155,815.55 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 12.25 | | 155,827.80 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.04 | | 155,838.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,845.19 |
| 02/19/09 | | To Account #*********0466 | BOND REIMBURSEMENT | 9999-000 | | 135.58 | 155,709.61 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.93 | | 155,715.54 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.77 | | 155,722.31 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,728.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.14 | | 155,734.80 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.77 | | 155,741.57 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 155,748.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 155,754.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,761.04 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,767.39 |
| 11/23/09 | | To Account #*********0466 | TRANSFER OF FUNDS | 9999-000 | | 141,272.03 | 14,495.36 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.03 | | 14,500.39 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,501.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,501.57 |
| 02/12/10 | | To Account #*********0466 | TRANSFER OF FUNDS | 9999-000 | | 11.28 | 14,490.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 14,490.84 |

Subtotals :   $614.36   $141,552.61

{} Asset reference(s)   Printed: 03/22/2010 03:14 PM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7467129 | | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 03/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 177,734.27 | 163,243.43 | $14,490.84 |
| | | | Less: Bank Transfers | | 0.00 | 163,238.86 | |
| | | | Subtotal | | 177,734.27 | 4.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $177,734.27 | $4.57 | |

{} Asset reference(s)

Printed: 03/22/2010 03:14 PM  V.11.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 13-7467129 | | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 03/22/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/10/06 | | From Account #********0465 | TRANSFER OF FUNDS | 9999-000 | 20,000.00 | | 20,000.00 |
| 02/10/06 | 101 | Chicago Title Insurance Company | Earnest Money | 2500-000 | | 20,000.00 | 0.00 |
| 03/09/06 | | From Account #********0465 | Bond Reimbursement | 9999-000 | 15.33 | | 15.33 |
| 03/09/06 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-40186, Bond Reimbursement (Bond #016026455) | 2200-000 | | 15.33 | 0.00 |
| 07/26/06 | | From Account #********0465 | TRUSTEE'S ATTORNEYS' FEES | 9999-000 | 1,530.00 | | 1,530.00 |
| 07/26/06 | 103 | Gierum & Mantas | TRUSTEE'S ATTORNEYS' FEES | 3110-000 | | 1,530.00 | 0.00 |
| 02/16/07 | | From Account #********0465 | Bond Reimbursement | 9999-000 | 140.92 | | 140.92 |
| 02/16/07 | 104 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #04-40186 | 2200-000 | | 140.92 | 0.00 |
| 02/05/08 | | From Account #********0465 | BOND REIMBURSEMENT | 9999-000 | 133.72 | | 133.72 |
| 02/05/08 | 105 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #04-40186, Bond Reimbursement (Bond #016026455) | 2200-000 | | 133.72 | 0.00 |
| 02/19/09 | | From Account #********0465 | BOND REIMBURSEMENT | 9999-000 | 135.58 | | 135.58 |
| 02/19/09 | 106 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #04-40186, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 135.58 | 0.00 |
| 11/23/09 | | From Account #********0465 | TRANSFER OF FUNDS | 9999-000 | 141,272.03 | | 141,272.03 |
| 11/23/09 | 107 | Thomas Seibert | Secured Creditor | 4120-000 | | 141,272.03 | 0.00 |
| 02/12/10 | | From Account #********0465 | TRANSFER OF FUNDS | 9999-000 | 11.28 | | 11.28 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 04-40186 | 2200-000 | | 11.28 | 0.00 |
| | | | ACCOUNT TOTALS | | 163,238.86 | 163,238.86 | $0.00 |
| | | | Less: Bank Transfers | | 163,238.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 163,238.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $163,238.86 | |

{} Asset reference(s)　　　　Printed: 03/22/2010 03:14 PM　V.11.54

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 04-40186 | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- |
| Case Name: | LAIDLEY, FORREST D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*04-67 - Money Market Account |
| Taxpayer ID #: | 13-7467129 | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 03/22/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*04-65 | 177,734.27 | 4.57 | 14,490.84 |
| Checking # \*\*\*-\*\*\*\*\*04-66 | 0.00 | 163,238.86 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*04-67 | 0.00 | 0.00 | 0.00 |
| | $177,734.27 | $163,243.43 | $14,490.84 |

{} Asset reference(s)

Printed: 03/22/2010 03:14 PM V.11.54

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 04-40186
Case Name: LAIDLEY, FORREST D.
Trustee Name: JOHN E. GIERUM

Claims of secured creditors will be paid as follows:

*Claimant*                                                         *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOHN E. GIERUM | $ 10,000.00 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Lois West | $ 817.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ 250.00 | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                          *Fees*                          *Expenses*

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $127,536.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2P | Maria T Skriba | $ 10,000.00 | $ 3,423.84 |
| 15P | Department of the Treasury-Internal Revenue Service | $ 117,536.75 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,018,885.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2U | Maria T Skriba | $ 5,305.00 | $ 0.00 |
| 3 | Lee R. Bomgaars | $ 67,359.25 | $ 0.00 |
| 6 | Lincolnshire Towne Center LP | $ 5,543,153.00 | $ 0.00 |
| 7 | Gary Rippberger | $ 50,000.00 | $ 0.00 |
| 10 | Scott Bermingham | $ 31,080.00 | $ 0.00 |
| 14 | Randy Jauch | $ 50,000.00 | $ 0.00 |
| 15U | Department of the Treasury-Internal Revenue Service | $ 84,783.37 | $ 0.00 |
| 16 | James P Roache | $ 389,900.00 | $ 0.00 |
| 17 | SBC Corporation | $ 379.87 | $ 0.00 |
| 22 | Howell L Ferguson | $ 166,549.72 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 23 | Cingular Wireless | $ 4,775.85 | $ 0.00 |
| 25 | Randy Jauch | $ 40,000.00 | $ 0.00 |
| 26 | American Express Travel Related Services Co., Inc. | $ 5,708.55 | $ 0.00 |
| 27 | American Express Centurion Bank | $ 3,142.73 | $ 0.00 |
| 28 | C Clifford Hoffmann Descendants and Childrens Trus | $ 447,677.62 | $ 0.00 |
| 29 | Ralph Steffen | $ 229,824.00 | $ 0.00 |
| 30 | American Express Travel Related Services Co., Inc. | $ 1,556.76 | $ 0.00 |
| 31 | Thomas Berk | $ 187,839.10 | $ 0.00 |
| 36 | North Shore Shell Loan Account | $ 76,700.00 | $ 0.00 |
| 40 | Irene P Johnson | $ 161,508.00 | $ 0.00 |
| 41 | Randy Jauch | $ 90,000.00 | $ 0.00 |
| 42 | John & Lynn Banghart | $ 50,000.00 | $ 0.00 |
| 43 | Katherine Kyle | $ 50,000.00 | $ 0.00 |
| 46 | John Kyle | $ 76,700.00 | $ 0.00 |
| 47 | Eileen L DeLacluyse Trust | $ 50,000.00 | $ 0.00 |
| 48 | Nancy Abraham | $ 50,000.00 | $ 0.00 |
| 49 | Brooks Kellogg | $ 123,565.96 | $ 0.00 |
| 50 | Lee R. Bomgaars | $ 74,458.00 | $ 0.00 |
| 51 | Suzanne Green Stevens | $ 25,000.00 | $ 0.00 |
| 52 | Steven Wolf | $ 50,000.00 | $ 0.00 |
| 53 | Marion Carol Hoban Trust | $ 38,945.00 | $ 0.00 |
| 54 | Bengt B Alfraid Trust | $ 38,945.00 | $ 0.00 |
| 56 | John & Diane Csiha | $ 100,000.00 | $ 0.00 |
| 57 | Lorraine Mannebach | $ 65,000.00 | $ 0.00 |
| 58 | Harold K. Ridgeway | $ 79,361.27 | $ 0.00 |
| 59 | Richard F DiMaso | $ 25,000.00 | $ 0.00 |
| 60 | Northern States Financial Corp | $ 5,346,596.18 | $ 0.00 |
| 62 | Stuart & Jane Fullett | $ 30,374.72 | $ 0.00 |
| 65 | Jack & Sharon Shniderman | $ 50,000.00 | $ 0.00 |
| 66 | Raymond A Kedzior | $ 152,000.00 | $ 0.00 |
| 67 | James D. McKinney | $ 209,255.11 | $ 0.00 |

UST Form 101-7-TFR (9/1/2009)

| Claim No. | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 69 | Tom Tunnicliff | $25,000.00 | $0.00 |
| 70 | Thomas Cornhoff | $107,821.00 | $0.00 |
| 71 | Marc Lacher | $25,000.00 | $0.00 |
| 72 | Albert Lacher | $175,000.00 | $0.00 |
| 73 | Bobby Pearson | $52,466.00 | $0.00 |
| 77 | Des Plaines Real Equity Corp. | $100,000.00 | $0.00 |
| 78 | Jerry Hitpas & Mary A. Hitpas | $78,466.67 | $0.00 |
| 80 | Lillian C Steffen | $230,000.00 | $0.00 |
| 81 | Lawrence Kedzior | $76,100.00 | $0.00 |
| 82 | Lawrence A DiVito | $107,821.00 | $0.00 |
| 86 | Maurice Slivnick | $60,187.50 | $0.00 |
| 87 | David Slivnick | $186,770.20 | $0.00 |
| 89 | Charles Bartels | $150,000.00 | $0.00 |
| 90 | Tom & Kim Casale Wolff | $50,000.00 | $0.00 |
| 91 | Jeffery A Wright | $1,959,309.00 | $0.00 |
| 92 | James J Kwaterski | $50,000.00 | $0.00 |
| 94 | Robert D Stuart Jr | $200,000.00 | $0.00 |
| 95 | Barry Mitchel IRA | $62,500.00 | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009)