UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: LAIDLEY, FORREST D. | § Case No. 04-40186 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 07/23/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 06/02/2010      By: /s/JOHN E. GIERUM
                                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: LAIDLEY, FORREST D. | § Case No. 04-40186 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 177,736.45 |
| *and approved disbursements of* | $ 163,243.43 |
| *leaving a balance on hand of* [1] | $ 14,493.02 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 10,000.00 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West | $ 817.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ 250.00 | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $127,536.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2P | Maria T Skriba | $ 10,000.00 | $ 3,423.84 |
| 15P | Department of the Treasury-Internal Revenue Service | $ 117,536.75 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,018,885.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2U | Maria T Skriba | $ 5,305.00 | $ 0.00 |
| 3 | Lee R. Bomgaars | $ 67,359.25 | $ 0.00 |
| 6 | Lincolnshire Towne Center LP | $ 5,543,153.00 | $ 0.00 |
| 7 | Gary Rippberger | $ 50,000.00 | $ 0.00 |
| 10 | Scott Bermingham | $ 31,080.00 | $ 0.00 |
| 14 | Randy Jauch | $ 50,000.00 | $ 0.00 |
| 15U | Department of the Treasury-Internal Revenue Service | $ 84,783.37 | $ 0.00 |
| 16 | James P Roache | $ 389,900.00 | $ 0.00 |
| 17 | SBC Corporation | $ 379.87 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 22 | Howell L Ferguson | $ 166,549.72 | $ 0.00 |
| 23 | Cingular Wireless | $ 4,775.85 | $ 0.00 |
| 25 | Randy Jauch | $ 40,000.00 | $ 0.00 |
| 26 | American Express Travel Related Services Co., Inc. | $ 5,708.55 | $ 0.00 |
| 27 | American Express Centurion Bank | $ 3,142.73 | $ 0.00 |
| 28 | C Clifford Hoffmann Descendants and Childrens Trus | $ 447,677.62 | $ 0.00 |
| 29 | Ralph Steffen | $ 229,824.00 | $ 0.00 |
| 30 | American Express Travel Related Services Co., Inc. | $ 1,556.76 | $ 0.00 |
| 31 | Thomas Berk | $ 187,839.10 | $ 0.00 |
| 36 | North Shore Shell Loan Account | $ 76,700.00 | $ 0.00 |
| 40 | Irene P Johnson | $ 161,508.00 | $ 0.00 |
| 41 | Randy Jauch | $ 90,000.00 | $ 0.00 |
| 42 | John & Lynn Banghart | $ 50,000.00 | $ 0.00 |
| 43 | Katherine Kyle | $ 50,000.00 | $ 0.00 |
| 46 | John Kyle | $ 76,700.00 | $ 0.00 |
| 47 | Eileen L DeLacluyse Trust | $ 50,000.00 | $ 0.00 |
| 48 | Nancy Abraham | $ 50,000.00 | $ 0.00 |
| 49 | Brooks Kellogg | $ 123,565.96 | $ 0.00 |
| 50 | Lee R. Bomgaars | $ 74,458.00 | $ 0.00 |
| 51 | Suzanne Green Stevens | $ 25,000.00 | $ 0.00 |
| 52 | Steven Wolf | $ 50,000.00 | $ 0.00 |
| 53 | Marion Carol Hoban Trust | $ 38,945.00 | $ 0.00 |
| 54 | Bengt B Alfraid Trust | $ 38,945.00 | $ 0.00 |
| 56 | John & Diane Csiha | $ 100,000.00 | $ 0.00 |
| 57 | Lorraine Mannebach | $ 65,000.00 | $ 0.00 |
| 58 | Harold K. Ridgeway | $ 79,361.27 | $ 0.00 |
| 59 | Richard F DiMaso | $ 25,000.00 | $ 0.00 |
| 60 | Northern States Financial Corp | $ 5,346,596.18 | $ 0.00 |
| 62 | Stuart & Jane Fullett | $ 30,374.72 | $ 0.00 |
| 65 | Jack & Sharon Shniderman | $ 50,000.00 | $ 0.00 |

| Claim # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 66 | Raymond A Kedzior | $ 152,000.00 | $ 0.00 |
| 67 | James D. McKinney | $ 209,255.11 | $ 0.00 |
| 69 | Tom Tunnicliff | $ 25,000.00 | $ 0.00 |
| 70 | Thomas Cornhoff | $ 107,821.00 | $ 0.00 |
| 71 | Marc Lacher | $ 25,000.00 | $ 0.00 |
| 72 | Albert Lacher | $ 175,000.00 | $ 0.00 |
| 73 | Bobby Pearson | $ 52,466.00 | $ 0.00 |
| 77 | Des Plaines Real Equity Corp. | $ 100,000.00 | $ 0.00 |
| 78 | Jerry Hitpas & Mary A. Hitpas | $ 78,466.67 | $ 0.00 |
| 80 | Lillian C Steffen | $ 230,000.00 | $ 0.00 |
| 81 | Lawrence Kedzior | $ 76,100.00 | $ 0.00 |
| 82 | Lawrence A DiVito | $ 107,821.00 | $ 0.00 |
| 86 | Maurice Slivnick | $ 60,187.50 | $ 0.00 |
| 87 | David Slivnick | $ 186,770.20 | $ 0.00 |
| 89 | Charles Bartels | $ 150,000.00 | $ 0.00 |
| 90 | Tom & Kim Casale Wolff | $ 50,000.00 | $ 0.00 |
| 91 | Jeffery A Wright | $ 1,959,309.00 | $ 0.00 |
| 92 | James J Kwaterski | $ 50,000.00 | $ 0.00 |
| 94 | Robert D Stuart Jr | $ 200,000.00 | $ 0.00 |
| 95 | Barry Mitchel IRA | $ 62,500.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By: /s/JOHN E. GIERUM
                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)