UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: LAIDLEY, FORREST D. | § Case No. 04-40186 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 07/23/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 06/02/2010      By: /s/JOHN E. GIERUM
                Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LAIDLEY, FORREST D. | § | Case No. 04-40186 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 177,736.45 |
| *and approved disbursements of* | $ | 163,243.43 |
| *leaving a balance on hand of* [1] | $ | 14,493.02 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 10,000.00 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West | $ 817.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ 250.00 | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $127,536.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2P | Maria T Skriba | $ 10,000.00 | $ 3,423.84 |
| 15P | Department of the Treasury-Internal Revenue Service | $ 117,536.75 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,018,885.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2U | Maria T Skriba | $ 5,305.00 | $ 0.00 |
| 3 | Lee R. Bomgaars | $ 67,359.25 | $ 0.00 |
| 6 | Lincolnshire Towne Center LP | $ 5,543,153.00 | $ 0.00 |
| 7 | Gary Rippberger | $ 50,000.00 | $ 0.00 |
| 10 | Scott Bermingham | $ 31,080.00 | $ 0.00 |
| 14 | Randy Jauch | $ 50,000.00 | $ 0.00 |
| 15U | Department of the Treasury-Internal Revenue Service | $ 84,783.37 | $ 0.00 |
| 16 | James P Roache | $ 389,900.00 | $ 0.00 |
| 17 | SBC Corporation | $ 379.87 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 22 | Howell L Ferguson | $ 166,549.72 | $ 0.00 |
| 23 | Cingular Wireless | $ 4,775.85 | $ 0.00 |
| 25 | Randy Jauch | $ 40,000.00 | $ 0.00 |
| 26 | American Express Travel Related Services Co., Inc. | $ 5,708.55 | $ 0.00 |
| 27 | American Express Centurion Bank | $ 3,142.73 | $ 0.00 |
| 28 | C Clifford Hoffmann Descendants and Childrens Trus | $ 447,677.62 | $ 0.00 |
| 29 | Ralph Steffen | $ 229,824.00 | $ 0.00 |
| 30 | American Express Travel Related Services Co., Inc. | $ 1,556.76 | $ 0.00 |
| 31 | Thomas Berk | $ 187,839.10 | $ 0.00 |
| 36 | North Shore Shell Loan Account | $ 76,700.00 | $ 0.00 |
| 40 | Irene P Johnson | $ 161,508.00 | $ 0.00 |
| 41 | Randy Jauch | $ 90,000.00 | $ 0.00 |
| 42 | John & Lynn Banghart | $ 50,000.00 | $ 0.00 |
| 43 | Katherine Kyle | $ 50,000.00 | $ 0.00 |
| 46 | John Kyle | $ 76,700.00 | $ 0.00 |
| 47 | Eileen L DeLacluyse Trust | $ 50,000.00 | $ 0.00 |
| 48 | Nancy Abraham | $ 50,000.00 | $ 0.00 |
| 49 | Brooks Kellogg | $ 123,565.96 | $ 0.00 |
| 50 | Lee R. Bomgaars | $ 74,458.00 | $ 0.00 |
| 51 | Suzanne Green Stevens | $ 25,000.00 | $ 0.00 |
| 52 | Steven Wolf | $ 50,000.00 | $ 0.00 |
| 53 | Marion Carol Hoban Trust | $ 38,945.00 | $ 0.00 |
| 54 | Bengt B Alfraid Trust | $ 38,945.00 | $ 0.00 |
| 56 | John & Diane Csiha | $ 100,000.00 | $ 0.00 |
| 57 | Lorraine Mannebach | $ 65,000.00 | $ 0.00 |
| 58 | Harold K. Ridgeway | $ 79,361.27 | $ 0.00 |
| 59 | Richard F DiMaso | $ 25,000.00 | $ 0.00 |
| 60 | Northern States Financial Corp | $ 5,346,596.18 | $ 0.00 |
| 62 | Stuart & Jane Fullett | $ 30,374.72 | $ 0.00 |
| 65 | Jack & Sharon Shniderman | $ 50,000.00 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

| Claim | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 66 | Raymond A Kedzior | $ 152,000.00 | $ 0.00 |
| 67 | James D. McKinney | $ 209,255.11 | $ 0.00 |
| 69 | Tom Tunnicliff | $ 25,000.00 | $ 0.00 |
| 70 | Thomas Cornhoff | $ 107,821.00 | $ 0.00 |
| 71 | Marc Lacher | $ 25,000.00 | $ 0.00 |
| 72 | Albert Lacher | $ 175,000.00 | $ 0.00 |
| 73 | Bobby Pearson | $ 52,466.00 | $ 0.00 |
| 77 | Des Plaines Real Equity Corp. | $ 100,000.00 | $ 0.00 |
| 78 | Jerry Hitpas & Mary A. Hitpas | $ 78,466.67 | $ 0.00 |
| 80 | Lillian C Steffen | $ 230,000.00 | $ 0.00 |
| 81 | Lawrence Kedzior | $ 76,100.00 | $ 0.00 |
| 82 | Lawrence A DiVito | $ 107,821.00 | $ 0.00 |
| 86 | Maurice Slivnick | $ 60,187.50 | $ 0.00 |
| 87 | David Slivnick | $ 186,770.20 | $ 0.00 |
| 89 | Charles Bartels | $ 150,000.00 | $ 0.00 |
| 90 | Tom & Kim Casale Wolff | $ 50,000.00 | $ 0.00 |
| 91 | Jeffery A Wright | $ 1,959,309.00 | $ 0.00 |
| 92 | James J Kwaterski | $ 50,000.00 | $ 0.00 |
| 94 | Robert D Stuart Jr | $ 200,000.00 | $ 0.00 |
| 95 | Barry Mitchel IRA | $ 62,500.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                         *Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                Page 1 of 4                   Date Rcvd: Jun 03, 2010
Case: 04-40186                 Form ID: pdf006             Total Noticed: 212


The following entities were noticed by first class mail on Jun 05, 2010.
dbpos        +Forrest D. Laidley,    552 Stevenson Drive,    Libertyville, IL 60048-2535
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
tr           +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
               Rosemont, IL 60018-4712
10709755     +Albert Lacher,    c/o Michael K. Desmond,    Figliulo & Silverman, P.C.,
               10 S LaSalle Street, Suite 3600,    Chicago, IL 60603-1032
8850882       American Express Centurion Bank,    c/o Becket and Lee, LLP,    POB 3001,    Malvern, PA 19355-0701
8892321       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,
               Attorneys/Agent for Creditor,    P.O. Box 3001,    Malvern, PA 19355-0701
8840795       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    POB 3001,
               Malvern, PA 19355-0701
8634099      +Amos Miner,    U.S. Fire Protection,    28427 North Ballard Drive Unit H,
               Lake Forest, IL 60045-4542
8752099      +Angelica Sturm,    24540 N Elm Rd,    Lake Forest, IL 60045-3456
8634100      +Anthony Riccardi,    c/o William Randolph, Inc,    820 Lakeside Drive Suite 3,
               Gurnee, IL 60031-9165
8752094      +Barry Mitchel IRA,    930 Gloucester Crossing,    Lake Forest, IL 60045-4900
8752095      +Bengt B Alfraid Trust,    1225 Pinon Oak Drive,    Prescott, AZ 86305-3752
8752096      +Bob Pearson,    1381 Western Ave,    Lake Forest, IL 60045-1226
10709754     +Bobby Pearson,    c/o Michael K. Desmond,    Figliulo & Silverman, P.C.,
               10 S LaSalle St., Suite 3600,    Chicago, IL 60603-1032
8634101      +Brooks Kellogg,    BETH Corporation,    175 Olde Half Day Road,    Lincolnshire, IL 60069-3061
8752098      +Burtis Dolan Jr,    280 Meadowbrook Dr,    Winnetka, IL 60093-1049
8752091      +Burtis J Doan III,    1244 Elm Court,    Glenview, IL 60025-2811
8886285      +C Clifford Hoffmann Descendants and Childrens Trus,    C/O Peter M Trobe,
               Trobe Babowice & Associates LLC,    404 W Water Street,    Waukegan, IL 60085-5528
8752092      +Charles & Sharon Fyke,    844 N Delphia,    Park Ridge, IL 60068-2518
8634102      +Charles Bartels,    26921 Countryside Lake Drive,    Mundelein, IL 60060-3347
10462840      Charles Daniel Parrish,    29362 N Hawthorne Lane,    Libertyville, IL 60048-1695
8752093      +Charles E Parrish,    38677 N Gilbert Avenue,    Zion, IL 60099-3857
10462839      Charles Edward Parrish,    38677 N Gilbert Avenue,    Beach Park, IL 60099-3857
9025233    +++Charles J Fiore &,    c/o Christopher M Goodsnyder,    14 N Peoria Street Ste 2 C,
               Chicago, IL 60607-2644
8634103      +Charles J. Fiore,    1700 Greenbriar Drive,    Libertyville, IL 60048-2434
8752088       Christine M Cappelle,    30848 Lomond Dr,    Mundelein, IL 60060
8806599      +Cingular Wireless,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
8752089      +Conrad S Udelle,    1083 Lomond Dr,    Mundelein, IL 60060-1240
8634104    +++Craig Bernard,    2405 Grassy Spring,    Las Vegas, NV 89135-1543
8752090      +Craig C Conn IRA,    5N209 Bluff Drive South,    St Charles, IL 60175-5189
8634105      +Curt & Pat Carneke,    269 Tyler Court,    Libertyville, IL 60048-3621
8752085      +Cynthia D Washburne,    550 Rockefeller,    Lake Forest, IL 60045-3140
8752086      +Daniel Marks,    29820 N River Dr,    Libertyville, IL 60048-1630
8752087      +David Downey,    681 Oak Knoll Dr,    Lake Forest, IL 60045-2630
8752081      +David Eglsaer,    627 N Lake,    Grayslake, IL 60030-1471
8634106      +David Eglsaer,    627 North Lake,    Grayslake, IL 60030-1471
10718179     +David Slivnick,    %Bruce Slivnick,    707 Lake Cook Rd, #316,    Deerfield, IL 60015-4933
8752082      +David Slivnick,    2201 Sandy Lane,    Wilmette, IL 60091-3145
8752083      +David W Sutter,    300 S Dymond Rd,    Libertyville, IL 60048-2515
8752084      +Dean Braun,    13037 S Highway 475,    Ocala, FL 34480-8503
8743636      +Denis A Dunne,    c/o Rodney F Reeves,    19 South LaSalle,    Suite 1500,    Chicago, IL 60603-1413
8634107      +Dennis R. Marx,    574 Stockbridge Court,    Lake Forest, IL 60045-2680
8752078      +Des Plaines Real Equity Corp,    550 Frontage Rd #3785,    Winnetka, IL 60093-1289
10710640     +Des Plaines Real Equity Corp.,    c/o Joy Levy and Bruce Balonick,    Arnstein & Lehr LLP,
               120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
8752079      +Double J Reinsurance Co,    Joseph M Massarelli,    1000 E Park Avenue,
               Libertyville, IL 60048-2951
8752080      +Dr Joseph F Giannola Estate,    c/o Josephine Robb,    4655 N Cumberland Ave #410,
               Harwood Heights, IL 60706-4203
8634108      +Dr. Lionel W. Ganshirt,    1140 Ashlawn Drive,    Lake Forest, IL 60045-1505
8752075      +Duane A Laska,    120 E Lincoln,    Libertyville, IL 60048-2811
8634109      +Duane Laska,    c/o North Shore Sign Co.,    1925 Industrial Dr.,    Libertyville, IL 60048-9731
8752076    +++Eileen L DeCaluyse Trust,    James M/Joyce Lillig & Thorsness Ltd,    1900 Spring Road,    Ste 200,
               Oak Brook, IL 60523-1479
8634110      +Elizabeth & Robert Tekampe,    30277 North Imperial Court,    Grayslake, IL 60030-9530
8752077      +Eugene Pritchard IRA,    900 Garfield,    Libertyville, IL 60048-3141
8634111      +Fr. James Roache,    P.O. Box 58,    Lyons, WI 53148-0058
8752072      +Frank & Alice LaFranco,    1661 W Everett Rd,    Lake Forest, IL 60045-2501
8752073      +Frank Briguglio,    1715 Hickory Dr,    Sleepy Hollow, IL 60118-1701
8752074      +Fred H Pearson,    10 S La Salle Ste #1200,    Chicago, IL 60603-1013
8634112      +Fred Pearson,    140 South Dearborn Suite 900,    Chicago, IL 60603-5207
8752068      +GC Trust,    PO Box 252,    Deerfield, IL 60015-0252
8634113      +Gary Rippberger,    21268 Lakeview Parkway,    Mundelein, IL 60060-9627
8752069       Gerald T Rogers,    511 Greenwood Ave,    Ingleside, IL 60041
8752070      +Gloria L Rinella,    735 Ardsley Rd,    Winnetka, IL 60093-2003
8752071      +Gloria V Dihel Trust,    PO Box 575,    Lake Bluff, IL 60044-0575
8634114      +Gregg Huenneckens,    c/o US Fire Protection,    28427 N. Ballard, Unit H,
               Lake Forest, IL 60045-4542
10709752     +H. Arthur Juhrend and Bernice Juhrend,    c/o Michael K. Desmond,    Figliulo & Silverman, P.C.,
               10 S LaSalle St., Suite 3600,    Chicago, IL 60603-1032
8634115      +H. Aurthur Juhrend,    P.O. Box 510,    Lake Forest, IL 60045-0510
```

```
District/off: 0752-1          User: vbrown                 Page 2 of 4                   Date Rcvd: Jun 03, 2010
Case: 04-40186                Form ID: pdf006              Total Noticed: 212

8634118       +HEAVNER, SCOTT & BEYERS,    P. O. Box 740,    Decatur, IL 62525-0740
8752063       +HFILP,   1700 Old Deerfield Rd,    Highland Park, IL 60035-3000
8752065       +Harold K Ridgeway,    1100 Pembridge #259,    Lake Forest, IL 60045-4219
8634116       +Harold K. Ridgeway,    1100 Pembridge #320,    Lake Forest, IL 60045-4217
8634117       +Harris Bank Libertyville,    354 N. Milwaukee Ave.,    Libertyville, IL 60048-2252
8754786       +Harris Bank Libertyville,    Statman Harris Siegel & Eyrich LLC,    333 West Wacker Drive,
                Suite 1710,    Chicago, IL 60606-1226
9024467       +Harris Trust and Savings Bank,    Gary E Green,    FagelHaber,    55 East Monroe 40th Floor,
                Chicago, IL 60603-5713
8752066       +Helen V Porter Trust,    225 Maple Row,    Winnetka, IL 60093-1037
8752067       +Hempstead Washburne Jr,    550 Rockefeller,    Lake Forest, IL 60045-3140
8634119       +Henry G. Zander IV,    1525 Lake Avenue,    Wilmette, IL 60091-1637
8752062       +Henry J Kutsch Trust,    1224 Raleigh Rd,    Glenview, IL 60025-3028
8634120       +Howard Anderson,    James K Borcia,    Tressler, Soderstrom, Maloney & Priess,
                233 S Wacker Drive, 22nd Floor,    Chicago, IL 60606-6399
8802885       +Howell L Ferguson,    Diane J Silverberg,    Kovitz Shifrin Nesbit,    750 Lake Cook Road Suite 350,
                Buffalo Grove, IL 60089-2086
8752102      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8752101        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
8752064       +Irene P Johnson,    224 W Belvidere Rd,    Grayslake, IL 60030-2307
8745591       +JPMorgan Chase Bank,NA/BankOne,    370 S Cleveland Ave, Ste 2047,    Westerville, OH 43081-8917
8752060       +Jack & Sharon Shniderman,    1680 Portage Pass,    Deerfield, IL 60015-1814
10706985      +James D. McKinney,    1220  W. Lake Street,    Libertyville, IL 60048-1728
8634121       +James DiPietro,    3800 East Lincoln Drive,    Phoenix, AZ 85018-1016
8752061       +James J Kwaterski,    988 Golf Course Loop,    Three Lakes, WI 54562-9309
10709751      +James and Genevieve DiPietro,    c/ Michael K. Desmond,    Figliulo & Silverman, P.C.,
                10 S. LaSalle St., Suite 3600,    Chicago, IL 60603-1032
8634122       +Jane A. Kindorf/,    James K Borcia,    Tressler, Sderstrom, Maloney & Priess,
                233 South Wacker Drive, 22nd Floor,    Chicago, IL 60606-6399
8634123       +Jay Stewart,    The John Buck Co,    1 North Wacker Drive 24th Floor,    Chicago, IL 60606-2866
8634124       +Jeff Oko,    2365 Madiera Lane,    Buffalo Grove, IL 60089-4670
8752059       +Jeffery A Wright,    614 Paradise Lane,    Libertyville, IL 60048-1734
8752058       +Jeffery R Long,    2334 Walters,    Northbrook, IL 60062-4532
8634125       +Jeffrey S. LaPietra,    694 S. Waukegan Rd.,    Lake Forest, IL 60045-2649
8752053       +Jennifer L Best,    668 Carriage Hill Drive,    Glenview, IL 60025-5401
8752055       +Jerry Hitas,    2305 Birchwood Lane,    Buffalo Grove, IL 60089-6687
8634126        Jerry Hitpas,    2305 Birchwood Lane,    Buffalo Grove, IL 60089-6687
10711317      +Jerry Hitpas & Mary A. Hitpas,    2305 Birchwood Lane,    Buffalo Grove, IL 60089-6687
8634127       +Joani Lowecki,    303 Laurel Avenue,    Libertyville, IL 60048-2129
8752056       +John & Diane Csiha,    942 Terre Drive,    Libertyville, IL 60048-1652
8752057       +John & JoAnne Bechwith,    762 Exmoor Oaks Drive,    Highland Park, IL 60035-1806
8752051       +John & Lynn Banghart,    2148 Royal Ridge Drive,    Northbrook, IL 60062-8605
8752052       +John A Stevenson Sr,    338 E Center Avenue,    Lake Bluff, IL 60044-2506
8634128       +John Koffel,    Koffel Development Group,    1003 West Park Avenue,    Libertyville, IL 60048-2550
8634129       +John Kyle,    North Shore Shell,    4633 Twin Lakes Lane,    Lake Zurich, IL 60047-5279
8634130       +John Massarelli,    212 N. 3rd Street,    Libertyville, IL 60048-2304
8634131       +Joseph Massarelli,    1235 Anderson Dr.,    Green Oaks, IL 60048-4502
8634132       +Joseph Moreland and Margaret Moreland,    Stacy J Flanigan,    Winston & Strawn LLP,
                35 West  Wacker LLP,    Chicago, IL 60601-1695
8752049       +Karen J Sedoris-Spellman,    545 Lakehurst Dr,    Waterloo, NE 68069-9767
8752050       +Katherine A Buchanan,    25575 Arrowhead Dr,    Mundelein, IL 60060-4036
8752046       +Katherine Kyle,    4633 Twin Lakes Rd,    Lake Zurich, IL 60047-5279
8752047       +Lawrence & Mary Marshall,    995 S Beverly Place,    Lake Forest, IL 60045-3903
10716273       Lawrence A DiVito,    135 Kingsbridge Circle,    Naperville, IL 60540-6571
8752048       +Lawrence A DiVito,    Lodan Electronics Inc,    3311 N Kennicott Ave,
                Arlington Heights, IL 60004-1429
8634133       +Lawrence A Loziuk & Annette Loziuk,    Larry Loziuk,    145 Midway Lane,
                Vernon Hills, IL 60061-2407
8749305       +Lawrence Kedzior,    30 Cedar Lane,    Lincolnshire, IL 60069-3107
8634134       +Lee R. Bomgaars,    606 Carter Avenue,    Libertyville, IL 60048-3104
8634135       +Leo Marubio,    1409 Bull Creek Drive,    Libertyville, IL 60048-1025
8749306        Lewis Morgan Porter,    226 Maple Row,    Winnetka, IL 60093
8634136       +Liam Connell,    1089 South Evergreen Drive,    Lake Forest, IL 60045-4300
8634137       +Liberty Wauwatosa/Sy Oko,    1000 E. Park Ave.,    Libertyville, IL 60048-2951
8749303       +Lillian C Steffen,    1830 Eton Dr,    Schaumburg, IL 60192-4121
8749288       +Lillian Steffen and Ralph Steffen,    c/o Lester A Ottenheimer III,
                Ottenheimer, Teplinski & Rosenbloom, LTD,    750 Lake Cook Road, Suite 140,
                Buffalo Grove, IL 60089-2071
8744429       +Lincolnshire Towne Center LP,    John F Grady,    Arnstein & Lehr LLP,    120 S Riverside Plaza,
                Chicago, IL 60606-3941
10706995      +Lionel W. Ganshirt,    1140 Ashlawn Drive,    Lake Forest, IL 60045-1505
8634138       +Lorraine Mannebach,    382 Prairie Meadow,    Vernon Hills, IL 60061-2874
8634139       +Ltd Profit Sharing Trust,    Kenneth L. Cunniff,    30 North LaSalle Street Suite 2900,
                Chicago, IL 60602-2511
8749304       +Lynn Lake I LLC,    Tom Tunnicliff & Ron Whaley,    320 Minear Dr,    Libertyville, IL 60048-1677
8749300       +Madeline Lenzini,    1031 Ashley Rd,    Lake Forest, IL 60045-3379
10709756      +Marc Lacher,    c/o Michael K. Desmond,    Figliulo & Silverman, P.C.,
                10 S LaSalle St., Suite 3600,    Chicago, IL 60603-1032
8689594       +Maria T Skriba,    2160 W Meadowview Dr,    Round Lake, IL 60073-9581
8749301       +Marion Carol Hoban Trust,    1225 Pinon Oak Drive,    Prescott, AZ 86305-3752
8634140       +Mark & Kathleen Meade,    31446 North Alleghany Road,    Grayslake, IL 60030-9505
```

```
District/off: 0752-1          User: vbrown                 Page 3 of 4                   Date Rcvd: Jun 03, 2010
Case: 04-40186                Form ID: pdf006              Total Noticed: 212

8634141    +++Mark Fiore,   c/o Christopher M Goodsnyder,    Perl & Goodsnyder LTD,
             14 North Peoria St Suite 2-C,   Chicago IL 60607-2644
8749302    +Mark S Williams,   1269 Loch Lane,   Lake Forest, IL 60045-3345
8634142    +Matt DeMuth,   23009 West Milton Road,   Mundelein, IL 60060-9594
8749298    +Matthe C Moran,   1840 Wildberry Drive #F,    Glenview, IL 60025-1731
8634143    +Maurice Slivnick,   3750 North Lake Shore Drive #70,   Chicago, IL 60613-4238
10718178   +Maurice Slivnick,   % Bruce Slivnick,   707 Lake Cook Rd, #316,   Deerfield, IL 60015-4933
8634144    +Maurice Slivnick,   2201 Sandy Lane,   Wilmette, IL 60091-3145
8749299    +Michael & Cyndi Finucane,   39 W 920 Prune Tree Lane,    St Charles, IL 60175-6926
8634145    +Michael Massarelli,   920 S. Milwaukee Ave.,    Libertyville, IL 60048-3229
8749295    +Michael R Graham,   905 Burridge Court,   Libertyville, IL 60048-2501
8634146    +Mr. Greg Huenneckens,   U.S. Fire Protection,    28427 North Ballard Drive Unit H,
             Lake Forest, IL 60045-4542
8749296    +Nancy Abraham,   98 Locus Rd,   Winnetka, IL 60093-3750
8634147    +National City Bank of Michigan/Ill.,    325 N. Milwaukee Avenue,   Libertyville, IL 60048-2200
8749297    +Norm & Linda Rosenthal,   214 E Scranton Ave,   Lake Bluff, IL 60044-2532
8951631    +North Shore Shell Loan Account,    Schuyler , Roche & Zwirner PC,   130 E Randolph,   Suite 3800,
             Chicago, IL 60601-6312
10540308   +Northern States Financial Corp,   Vedder, Price, Kaufman & Kammholz,   222 N LaSalle,
             Suite 2600,   Chicago, IL 60601-1100
8749291    +Patrick & Debra Hammes,   2002 Red Oak Lane,    St Charles, IL 60174-2370
8749292    +Paul & Ann Ostrander,   17708 Rt 176,   Union, IL 60180-9752
8749293    +Philip Moran,   1840 F Wildberry Dr F,   Glenview, IL 60025-1731
8749294    +Phillip A Dane,   120 W Park Ave,   Libertyville, IL 60048-2702
8634152    +RKA Partnership,   2100 Manchester Road Suite 950,    Wheaton, IL 60187-2406
8798507    +RKA Partnership,    James K Borcia,   Tressler, Soderstrom, Maloney & Priess,
             233 S Wacker Drive, 22nd Floor,   Chicago, IL 60606-6399
8749289    +Ralph & Marjorie Brideweser,   2516 Nathaniel Powell Rd,    Williamsburg, VA 23185-2308
8634148    +Ralph Steffen,   Lester A Ottenheimer III,   750 Lake Cook Rd #140,
             Buffalo Grove, IL 60089-2071
8634149    +Randy Jauch,   7 Cross Timber Rd,   Barrington Hills, IL 60010-9649
8749290    +Raymond A Kedzior,   Lodan Electronics Inc,   3311 N Kennicott Ave,
             Arlington Heights, IL 60004-1429
8749284     Richard & Devnie Theidel,   907 Cleveland Rd,    Hinsdale, IL 60521
8749285    +Richard A Schroeder,   23289 W Route 60,   Grayslake, IL 60030-9540
8749286    +Richard B Bryant Marital Trust,    The Northern Trust,   PO Box 92984,   Chicago, IL 60675-2984
8634150    +++Richard Borgwardt and Megan Borgwardt,    c/o Bruce Rafalson Ltd.,   203 North Wabash Suite 1600,
             Chicago, IL 60601-2416
8749287     Richard E Williams,   3655 Curtiss Dr,   Teton Village, WY 83025
8749280    +Richard F DiMaso,   5758 N Mobile Ave,   Chicago, IL 60646-6124
8749281    +Richard J Bryant,   977 Princeton Court,   Vernon Hills, IL 60061-1336
8634151     Richard Ravin,   815 Croftridge Lane,   Highland Park, IL 60035-4046
8749283    +Richard Rinella Trust,   One North LaSalle Ste 34000,    Chicago, IL 60602-3902
8749282    +Richard Rinella Trust,   321 Cumberland,   Kenilworth, IL 60043-1171
10784388   +Richard W Hillsberg,   Diane J Silverberg,   Kovitz Shifrin Nesbit,   750 Lake Cook Road Ste 350,
             Buffalo Grove, IL 60089-2086
8749278    +Robert D Stuart Jr,   150 Field Dr Ste 100,    Lake Forest, IL 60045-2583
8634153    +Robert Hilliard,   2 Rolling Ridge Road,   Winnetka, IL 60093-1014
8749279     Robert Lenzini,   1032 Ashley Rd,   Lake Forest, IL 60045
8634154    +Robert McDonald,   5541 Churchill Lane,   Libertyville, IL 60048-4293
8749274    +Robert N Goshgarian,   220 W Washington St,   Waukegan, IL 60085-5618
10462841   +Robert W Glantz,   Shaw Gussis Fishman Glantz,    Wolfson & Towbin LLC,
             321 North Clark Street Suite 800,   Chicago, IL 60654-4766
8634155    +Ronald Damgaard,   42 Valley Drive,   Barrington, IL 60010-4019
8749275    +Russell Armstrong,   210 Green Bay Rd,   Highwood, IL 60040-1703
8798157    +SBC Corporation,   P O Box 769,   Arlington, TX 76004-0769
8749276     Sandra L Hutson,   61 Innsbruck Court,   Libertyville, IL 60048
8634156    +Scott Bermingham,   36 Sunset Place,   Lake Bluff, IL 60044-2738
8634157    +Sidney & Barbara Oko,   1000 E. Park Ave.,   Libertyville, IL 60048-2951
8749271    +Steven Wolf,   851 W Beldenh Ave,   Chicago, IL 60614-3240
8749272    +++Stuart & Jane Fullett,   1156 Shure Drive,    Suite 140,   Arlington Heights,  60004-1439
8634158    +Sue Ann Hoch,   365 South Edge Field Lane,    Lake Forest, IL 60045-4805
10680587   +Sue Ann Hoch,   6339 Longwood Rd,   Libertyville, IL 60048-9447
8749273    +Susan Fiore,   1700 Greenbriar Dr,   Libertyville, IL 60048-2434
8752054    +Susan K Moran,   668 Carriage Hill Drive,   Glenview, IL 60025-5401
8749269     Susan K Moran,   1841 Wildberry Dr #F,   Glenview, IL 60025
8749270    +Suzanne Green Stevens,   41 Locust Ave,   Winnetka, IL 60093-3725
8634159    +Ted Peshak,   1100 Penbridge Drive #225,   Lake Forest, IL 60045-4216
8892997    +Thomas Berk,   Richard N Kessler,   Harris Kessler & Goldstein,   640 N LaSalle Ste 590,
             Chicago, IL 60654-3731
8634160    +Thomas Berk,   1405 Stevenson Drive,   Libertyville, IL 60048-2572
10709381   +Thomas Cornhoff,   3311 Kennecott Drive,   Arlington Heights, IL 60004-1429
8749267    +Thomas J Cornhoff,   495 E Fawn Lane #B,   Palatine, IL 60074-3935
8749268    +Thomas J Zengeler,   29097 Gossell Rd,   Wauconda, IL 60084-1469
8634161    +Thomas Seibert,   22216 North Saddle Tree Lane,    Barrington, IL 60010-2429
8749264    +Timothy E Mudd,   32 Moraine,   Hendeson, NV 89052-6625
8749265    +Tom & Kim Casale Wolff,   5 N 017 Middlecreek Lane,    St Charles, IL 60175-4944
8634162    +Tom Moore,   111 West Washington Suite 1100,    Chicago, IL 60602-2705
8634163    +++Tom Tunnicliff,   c/o Anthony J Nasham,   180 N Stetson Avenue,   #4525,   Chicago IL 60601-6733
8798364    +Tressler, Soderstrom, Maloney & Priess,    233 South Wacker Drive,   22nd Floor,
             Chicago, IL 60606-6399
8749266    +Tri-Shore Group LLC,   John Popiolek,   2910 Duffy Lane,    Deerfield, IL 60015-1643
8810095    +United States Trustee,   Ira Bodenstein,   Dean C Harvalis,   227 W Monroe Street Suite 3350,
             Chicago, IL 60606-5099
```

```
District/off: 0752-1           User: vbrown              Page 4 of 4                  Date Rcvd: Jun 03, 2010
Case: 04-40186                 Form ID: pdf006           Total Noticed: 212

8749261     +++Virginia Teichart,   242 Sedgewick Circle,   St Charles, IL 60174-5534
10709753    +William A. Randolph, Inc.,   c/o Michael K. Desmond,   Figliulo & Silverman, P.C.,
             10 S LaSalle St., Suite 3600,   Chicago, IL 60603-1032
8634164     +William Kindorf, Tressler,,   Sonderstrom, Maloney & Priess,   2100 Manchester Road Suite 950,
             Wheaton, IL 60187-2406
8749262     +William M Graham,   330 Burdick,   Libertyville, IL 60048-2616
9117885     +William Skeens,   100 Fairway Drive,   #138,   Vernon Hills, IL 60061-1859
8749263      Wilson Buchanan,   25576 Arrowhead Dr,   Mundelein, IL 60060
8752100     +ara P Raithier Trust,   c/o Phillip Moran,   1840 F WIldberry Dr,   Glenview, IL 60025-1731

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10714642     1
10714643     Charles J. Fiore
8780442      James P Roache
aty*        +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
             Rosemont, IL 60018-4712
8752097*    +Brooks Kellogg,   BETH Corp,   175 Olde Half Day Rd,   Lincolnshire, IL 60069-3061
8749277*    +RKA Partnership,   2100 Manchester Rd Ste 950,   Wheaton, IL 60187-2406
                                                                                               TOTALS: 3, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2010**          **Signature:** _Joseph Speetjens_