**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LAIDLEY, FORREST D. | § | Case No. 04-40186 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $802,550.00 *(without deducting any secured claims)* | Assets Exempt: $373,600.00 |
| Total Distribution to Claimants: $144,699.58 | Claims Discharged Without Payment: $18,142,994.63 |
| Total Expenses of Administration: $33,038.40 | |

3) Total gross receipts of $ 177,737.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $177,737.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $330,075.00 | $330,075.00 | $141,272.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 35,175.11 | 33,038.40 | 33,038.40 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 127,536.75 | 127,536.75 | 3,427.55 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 18,018,885.43 | 18,018,885.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $18,511,672.29 | $18,509,535.58 | $177,737.98 |

4) This case was originally filed under Chapter 7 on October 28, 2004. . The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2010            By: /s/JOHN E. GIERUM
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| real estate homestead (s) | 1110-000 | 175,227.19 |
| Interest Income | 1270-000 | 2,510.79 |
| **TOTAL GROSS RECEIPTS** | | **$177,737.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| S1 | Thomas Seibert | 4120-000 | N/A | 330,075.00 | 330,075.00 | 141,272.03 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$330,075.00** | **$330,075.00** | **$141,272.03** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gierum & Mantas | 3110-000 | N/A | 1,530.00 | 1,530.00 | 1,530.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 436.83 | 436.83 | 436.83 |
| JOHN E. GIERUM | 2100-000 | N/A | 12,136.71 | 10,000.00 | 10,000.00 |
| United States Trustee | 2950-000 | N/A | 250.00 | 250.00 | 250.00 |
| Lois West | 3410-000 | N/A | 817.00 | 817.00 | 817.00 |
| Chicago Title Insurance Company | 2500-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Chase Bank | 2990-000 | N/A | 2.43 | 2.43 | 2.43 |
| Chase Bank | 2990-000 | N/A | 2.14 | 2.14 | 2.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 35,175.11 | 33,038.40 | 33,038.40 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Maria T Skriba | 5300-000 | N/A | 10,000.00 | 10,000.00 | 3,427.55 |
| 15P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 117,536.75 | 117,536.75 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 127,536.75 | 127,536.75 | 3,427.55 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Maria T Skriba | 7100-000 | N/A | 5,305.00 | 5,305.00 | 0.00 |
| 3 | Lee R. Bomgaars | 7100-000 | N/A | 67,359.25 | 67,359.25 | 0.00 |
| 6 | Lincolnshire Towne Center LP | 7100-000 | N/A | 5,543,153.00 | 5,543,153.00 | 0.00 |
| 7 | Gary Rippberger | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 10 | Scott Bermingham | 7100-000 | N/A | 31,080.00 | 31,080.00 | 0.00 |
| 14 | Randy Jauch | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 15U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 84,783.37 | 84,783.37 | 0.00 |
| 16 | James P Roache | 7100-000 | N/A | 389,900.00 | 389,900.00 | 0.00 |
| 17 | SBC Corporation | 7100-000 | N/A | 379.87 | 379.87 | 0.00 |
| 22 | Howell L Ferguson | 7100-000 | N/A | 166,549.72 | 166,549.72 | 0.00 |
| 23 | Cingular Wireless | 7100-000 | N/A | 4,775.85 | 4,775.85 | 0.00 |
| 25 | Randy Jauch | 7100-000 | N/A | 40,000.00 | 40,000.00 | 0.00 |
| 26 | American Express Travel Related Services Co., Inc. | 7100-000 | N/A | 5,708.55 | 5,708.55 | 0.00 |
| 27 | American Express Centurion Bank | 7100-000 | N/A | 3,142.73 | 3,142.73 | 0.00 |
| 28 | C Clifford Hoffmann Descendants and Childrens | 7100-000 | N/A | 447,677.62 | 447,677.62 | 0.00 |
| 29 | Ralph Steffen | 7100-000 | N/A | 229,824.00 | 229,824.00 | 0.00 |
| 30 | American Express Travel Related Services Co., Inc. | 7100-000 | N/A | 1,556.76 | 1,556.76 | 0.00 |
| 31 | Thomas Berk | 7100-000 | N/A | 187,839.10 | 187,839.10 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | North Shore Shell Loan Account | 7100-000 | N/A | 76,700.00 | 76,700.00 | 0.00 |
| 40 | Irene P Johnson | 7100-000 | N/A | 161,508.00 | 161,508.00 | 0.00 |
| 41 | Randy Jauch | 7100-000 | N/A | 90,000.00 | 90,000.00 | 0.00 |
| 42 | John & Lynn Banghart | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 43 | Katherine Kyle | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 44 | Virginia Teichart | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 46 | John Kyle | 7100-000 | N/A | 76,700.00 | 76,700.00 | 0.00 |
| 47 | Eileen L DeLacluyse Trust | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 48 | Nancy Abraham | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 49 | Brooks Kellogg | 7100-000 | N/A | 123,565.96 | 123,565.96 | 0.00 |
| 50 | Lee R. Bomgaars | 7100-000 | N/A | 74,458.00 | 74,458.00 | 0.00 |
| 51 | Suzanne Green Stevens | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 52 | Steven Wolf | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 53 | Marion Carol Hoban Trust | 7100-000 | N/A | 38,945.00 | 38,945.00 | 0.00 |
| 54 | Bengt B Alfraid Trust | 7100-000 | N/A | 38,945.00 | 38,945.00 | 0.00 |
| 55 | Maria T Skriba | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 56 | John & Diane Csiha | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 57 | Lorraine Mannebach | 7100-000 | N/A | 65,000.00 | 65,000.00 | 0.00 |
| 58 | Harold K. Ridgeway | 7100-000 | N/A | 79,361.27 | 79,361.27 | 0.00 |
| 59 | Richard F DiMaso | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 60 | Northern States Financial Corp | 7100-000 | N/A | 5,346,596.18 | 5,346,596.18 | 0.00 |
| 62 | Stuart & Jane Fullett | 7100-000 | N/A | 30,374.72 | 30,374.72 | 0.00 |
| 65 | Jack & Sharon Shniderman | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 66 | Raymond A Kedzior | 7100-000 | N/A | 152,000.00 | 152,000.00 | 0.00 |
| 67 | James D. McKinney | 7100-000 | N/A | 209,255.11 | 209,255.11 | 0.00 |
| 69 | Tom Tunnicliff | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 70 | Thomas Cornhoff | 7100-000 | N/A | 107,821.00 | 107,821.00 | 0.00 |
| 71 | Marc Lacher | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 72 | Albert Lacher | 7100-000 | N/A | 175,000.00 | 175,000.00 | 0.00 |
| 73 | Bobby Pearson | 7100-000 | N/A | 52,466.00 | 52,466.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | Des Plaines Real Equity Corp. | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 78 | Jerry Hitpas & Mary A. Hitpas | 7100-000 | N/A | 78,466.67 | 78,466.67 | 0.00 |
| 80 | Lillian C Steffen | 7100-000 | N/A | 230,000.00 | 230,000.00 | 0.00 |
| 81 | Lawrence Kedzior | 7100-000 | N/A | 76,100.00 | 76,100.00 | 0.00 |
| 82 | Lawrence A DiVito | 7100-000 | N/A | 107,821.00 | 107,821.00 | 0.00 |
| 86 | Maurice Slivnick | 7100-000 | N/A | 60,187.50 | 60,187.50 | 0.00 |
| 87 | David Slivnick | 7100-000 | N/A | 186,770.20 | 186,770.20 | 0.00 |
| 89 | Charles Bartels | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| 90 | Tom & Kim Casale Wolff | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 91 | Jeffery A Wright | 7100-000 | N/A | 1,959,309.00 | 1,959,309.00 | 0.00 |
| 92 | James J Kwaterski | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 93 | Gloria V Dihel Trust | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 94 | Robert D Stuart Jr | 7100-000 | N/A | 200,000.00 | 200,000.00 | 0.00 |
| 95 | Barry Mitchel IRA | 7100-000 | N/A | 62,500.00 | 62,500.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 18,018,885.43 | 18,018,885.43 | 0.00 |

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-40186  
Case Name: LAIDLEY, FORREST D.  
Period Ending: 10/14/10

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 12/21/04 (c)  
§341(a) Meeting Date: 01/20/05  
Claims Bar Date: 05/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate homestead (s)<br>asset listed at 50% of total value as debtor has a 1/2 interest | 362,500.00 | 0.00 | | 175,227.19 | FA |
| 2 | Wisconsin real estate (s) | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash (s) | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Pictures and art (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sports equipment (s) | 200.00 | 135.00 | DA | 0.00 | FA |
| 9 | Forrest Properties, Inc. (s) | Unknown | Unknown | | 0.00 | FA |
| 10 | Prairie City Bakery (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Forrest Development (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Vasco Data (s) | Unknown | Unknown | | 0.00 | FA |
| 13 | GMC Yukon (s) | 22,000.00 | 6,800.00 | | 0.00 | FA |
| 14 | Home computer (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Office equipment (s) | 500.00 | 15.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,510.79 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | $1,187,050.00 | $6,950.00 | | $177,737.98 | $0.00 |

**Major Activities Affecting Case Closing:**

all adversaries over, debtor indicted( no evidence of other assets) tax work being completed

Initial Projected Date Of Final Report (TFR):    December 31, 2006        Current Projected Date Of Final Report (TFR):    December 31, 2010

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***7129 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/05 | {1} | T. Kendall Hunt and B. J. Hunt | earnest money | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.75 | | 20,001.75 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 6.93 | | 20,008.68 |
| 08/19/05 | | Chase Bank | backup withholding | 2990-000 | | 2.43 | 20,006.25 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 7.65 | | 20,013.90 |
| 08/31/05 | | Chase Bank | backup withholding | 2990-000 | | 2.14 | 20,011.76 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 7.87 | | 20,019.63 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 8.70 | | 20,028.33 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.06 | | 20,037.39 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.02 | | 20,047.41 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.29 | | 20,058.70 |
| 02/10/06 | {1} | Chicago Title Insurance Company | SALE PROCEEDS | 1110-000 | 140,227.19 | | 160,285.89 |
| 02/10/06 | {1} | Chicago Title Insurance Company | SALE PROCEEDS | 1110-000 | 15,000.00 | | 175,285.89 |
| 02/10/06 | | To Account #********0466 | TRANSFER OF FUNDS | 9999-000 | | 20,000.00 | 155,285.89 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 48.15 | | 155,334.04 |
| 03/09/06 | | To Account #********0466 | Bond Reimbursement | 9999-000 | | 15.33 | 155,318.71 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 92.37 | | 155,411.08 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.39 | | 155,509.47 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 105.70 | | 155,615.17 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 102.35 | | 155,717.52 |
| 07/26/06 | | To Account #********0466 | TRUSTEE'S ATTORNEYS' FEES | 9999-000 | | 1,530.00 | 154,187.52 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 105.64 | | 154,293.16 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 104.87 | | 154,398.03 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.12 | | 154,496.15 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 108.32 | | 154,604.47 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 101.62 | | 154,706.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 98.29 | | 154,804.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 103.23 | | 154,907.61 |
| 02/16/07 | | To Account #********0466 | Bond Reimbursement | 9999-000 | | 140.92 | 154,766.69 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 77.18 | | 154,843.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 82.68 | | 154,926.55 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.48 | | 155,012.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.53 | | 155,097.56 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 80.06 | | 155,177.62 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 88.38 | | 155,266.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 85.67 | | 155,351.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 77.42 | | 155,429.09 |

Subtotals: $177,119.91   $21,690.82

{} Asset reference(s)                                                Printed: 10/14/2010 04:26 PM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***7129 | | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 91.29 | | 155,520.38 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 80.91 | | 155,601.29 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 79.25 | | 155,680.54 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 71.18 | | 155,751.72 |
| 02/05/08 | | To Account #********0466 | BOND REIMBURSEMENT | 9999-000 | | 133.72 | 155,618.00 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 31.93 | | 155,649.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 28.91 | | 155,678.84 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 21.71 | | 155,700.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.49 | | 155,720.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.79 | | 155,739.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.79 | | 155,759.62 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 155,778.13 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 20.43 | | 155,798.56 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.99 | | 155,815.55 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 12.25 | | 155,827.80 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.04 | | 155,838.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,845.19 |
| 02/19/09 | | To Account #********0466 | BOND REIMBURSEMENT | 9999-000 | | 135.58 | 155,709.61 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.93 | | 155,715.54 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.77 | | 155,722.31 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,728.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.14 | | 155,734.80 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.77 | | 155,741.57 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 155,748.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 155,754.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,761.04 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.35 | | 155,767.39 |
| 11/23/09 | | To Account #********0466 | TRANSFER OF FUNDS | 9999-000 | | 141,272.03 | 14,495.36 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.03 | | 14,500.39 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,501.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,501.57 |
| 02/12/10 | | To Account #********0466 | TRANSFER OF FUNDS | 9999-000 | | 11.28 | 14,490.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 14,490.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 14,491.49 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.37 | | 14,491.86 |
| 04/20/10 | | Wire out to BNYM account 9200******0465 | Wire out to BNYM account 9200******0465 | 9999-000 | -14,491.86 | | 0.00 |

Subtotals:    $-13,876.48    $141,552.61

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-40186 | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | LAIDLEY, FORREST D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***7129 | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 10/14/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 163,243.43 | 163,243.43 | $0.00 |
| | | | Less: Bank Transfers | | -14,491.86 | 163,238.86 | |
| | | | **Subtotal** | | 177,735.29 | 4.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$177,735.29** | **$4.57** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | **-***7129 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/06 | | From Account #*********0465 | TRANSFER OF FUNDS | 9999-000 | 20,000.00 | | 20,000.00 |
| 02/10/06 | 101 | Chicago Title Insurance Company | Earnest Money | 2500-000 | | 20,000.00 | 0.00 |
| 03/09/06 | | From Account #*********0465 | Bond Reimbursement | 9999-000 | 15.33 | | 15.33 |
| 03/09/06 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-40186, Bond Reimbursement (Bond #016026455) | 2200-000 | | 15.33 | 0.00 |
| 07/26/06 | | From Account #*********0465 | TRUSTEE'S ATTORNEYS' FEES | 9999-000 | 1,530.00 | | 1,530.00 |
| 07/26/06 | 103 | Gierum & Mantas | TRUSTEE'S ATTORNEYS' FEES | 3110-000 | | 1,530.00 | 0.00 |
| 02/16/07 | | From Account #*********0465 | Bond Reimbursement | 9999-000 | 140.92 | | 140.92 |
| 02/16/07 | 104 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #04-40186 | 2200-000 | | 140.92 | 0.00 |
| 02/05/08 | | From Account #*********0465 | BOND REIMBURSEMENT | 9999-000 | 133.72 | | 133.72 |
| 02/05/08 | 105 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #04-40186, Bond Reimbursement (Bond #016026455) | 2200-000 | | 133.72 | 0.00 |
| 02/19/09 | | From Account #*********0465 | BOND REIMBURSEMENT | 9999-000 | 135.58 | | 135.58 |
| 02/19/09 | 106 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #04-40186, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 135.58 | 0.00 |
| 11/23/09 | | From Account #*********0465 | TRANSFER OF FUNDS | 9999-000 | 141,272.03 | | 141,272.03 |
| 11/23/09 | 107 | Thomas Seibert | Secured Creditor | 4120-000 | | 141,272.03 | 0.00 |
| 02/12/10 | | From Account #*********0465 | TRANSFER OF FUNDS | 9999-000 | 11.28 | | 11.28 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 04-40186 | 2200-000 | | 11.28 | 0.00 |
| | | | ACCOUNT TOTALS | | 163,238.86 | 163,238.86 | $0.00 |
| | | | Less: Bank Transfers | | 163,238.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 163,238.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $163,238.86 | |

{} Asset reference(s)

Printed: 10/14/2010 04:26 PM    V.12.54

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 04-40186 | Trustee: JOHN E. GIERUM (520171) |
| Case Name: LAIDLEY, FORREST D. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****04-67 - Money Market Account |
| Taxpayer ID #: **-***7129 | Blanket Bond: $69,308,000.00 (per case limit) |
| Period Ending: 10/14/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/14/2010 04:26 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-65 - Money Market Account |
| Taxpayer ID #: | **-***7129 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 14,491.86 | | 14,491.86 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 14,492.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 14,493.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,493.86 |
| 07/26/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.69 | | 14,494.55 |
| 07/26/10 | | To Account #9200******0466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 14,494.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,494.55 | 14,494.55 | $0.00 |
| | | | Less: Bank Transfers | | 14,491.86 | 14,494.55 | |
| | | | Subtotal | | 2.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.69 | $0.00 | |

{} Asset reference(s)

Printed: 10/14/2010 04:26 PM V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 04-40186 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | LAIDLEY, FORREST D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***7129 | | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | | From Account #9200******0465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 14,494.55 | | 14,494.55 |
| 07/26/10 | 10109 | JOHN E. GIERUM | | 2100-000 | | 10,000.00 | 4,494.55 |
| 07/26/10 | 10110 | United States Trustee | | 2950-000 | | 250.00 | 4,244.55 |
| 07/26/10 | 10111 | Lois West | | 3410-000 | | 817.00 | 3,427.55 |
| 07/26/10 | 10112 | Maria T Skriba | First and final distribution | 5300-000 | | 3,427.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,494.55 | 14,494.55 | $0.00 |
| | | | Less: Bank Transfers | | 14,494.55 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,494.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14,494.55 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****04-65 | 177,735.29 | 4.57 | 0.00 |
| Checking # ***-*****04-66 | 0.00 | 163,238.86 | 0.00 |
| MMA # ***-*****04-67 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******04-65 | 2.69 | 0.00 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 14,494.55 | 0.00 |
| | $177,737.98 | $177,737.98 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2010 04:26 PM    V.12.54